# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**LAWRENCE STIDHAM,**

    Plaintiff(s),

**-vs-**

    **CASE NO.  3:10-cv-351**

    **District Judge Timothy S. Black**
    **Magistrate Judge Michael R. Merz**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant(s).

## JUDGMENT IN A CIVIL CASE

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED:** that the Report and Recommendations (Doc. 11) is **ADOPTED**; the Commissioner's decision that the Plaintiff is not disabled and therefore not entitled to benefits under the Act is **AFFIRMED**; and this case is **TERMINATED** on the docket of this Court.

Date:  May 27, 2011

                                                   **JAMES BONINI, CLERK**

                                                   By: <u>s/ M. Rogers</u>
                                                   Deputy Clerk